Application GRANTED.  The parties shall file their initial pretrial conference materials by **April 19, 2023**. The initial pretrial conference is adjourned to **April 26, 2023**, at 4:20 P.M.  The parties shall call (888) 363-4749 and enter the access code 558-3333.  The telephonic conference is public.

Dated: April 12, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

April 11, 2023

**Via ECF**
The Honorable District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street, Rm. 2202
New York, NY 10007

      Re: **Uribe, et al v. Prestige Car Care of NY Inc., et al.**
        **23-CV-1853 (LGS)**

Dear Judge Schofield:

  Our office represents the Plaintiffs in this matter and we submit this motion to respectfully request an extension of time to file the Initial Pre-Trial Conference materials ("IPTC Materials") and to request an adjournment of the Initial Conference scheduled for April 19, 2023.

  We make this request as although Defendants were served with the summons and Complaint and their response was due on April 3, 2023, Defendants have not yet formally appeared in this action. As such, we are unable to file the IPTC Materials, which are to be submitted jointly, by tomorrow's deadline. However, we do believe that Defendants intend to appear in this matter.

  Attorney Stephen D. Hans, Esq., contacted our office last week to advise that he was in the process of getting retained by Defendants and to request an extension of time to file an Answer. However, as of this writing, Mr. Hans has not yet been formally retained by Defendants.

  As such, we ask that the upcoming conference be adjourned for two to three weeks to allow Defendants additional time to retain counsel and formally appear in this matter in an effort to obviate the need for default judgment motion practice. If this request is granted and Defendants do not appear by the next conference date, our office will be prepared to promptly commence motion practice. This is the first request for an adjournment of the Initial Conference and this request will only affect the date by which the IPTC Materials are due to the Court.

  We thank the Court for its consideration and remain available to provide any additional information. A copy of this letter is being provided to both Mr. Hans and Defendants.

                                        Respectfully submitted,

                                        */s/ James O'Donnell*
                                        James O'Donnell, Esq.

**CC (via electronic mail):**

Stephen D. Hans, Esq.

30-30 Northern Boulevard

Suite #401

Long Island City, NY 11101

shans@hansassociates.com


**CC (via U.S. Mail):**

PRESTIGE CAR CARE OF NY INC.

800 11th Avenue, Manhattan, NY 10019

104-55 42nd Ave. Apt 2A, Corona, NY 11368

EDDIE GARCIA

800 11th Avenue, Manhattan, NY 10019

104-55 42nd Ave. Apt 2A, Corona, NY 11368