UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
OSCAR JULIAN CARDONA URIBE et al.,
                              Plaintiffs,

-against-

PRESTIGE CAR CARE OF NY INC. et al.,
                              Defendants.
------------------------------------------------------------X

23 Civ. 1853 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 12, 2023, required the parties to file a proposed case management plan and joint letter by April 19, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for April 26, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **April 24, 2023, at 12:00 P.M.**

Dated:  April 20, 2023
        New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE