

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

July 24, 2023

**Via ECF**
The Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED.  The parties shall submit their executed settlement agreement no later than **August 7, 2023**.

Dated: July 25, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: **Uribe, et al. v. Prestige Car Care of NY Inc., et al.**
    **23-CV-1853 (LGS)**

Dear Judge Schofield:

Our office represents the Plaintiffs in the above-referenced matter and we submit this motion jointly with Defendants to respectfully request an extension of time to file the parties' fully executed settlement agreement pursuant to the Court's July 18, 2023 Order.

Plaintiffs have already executed the settlement agreement but Defendants' counsel has advised that they have had some difficulties connecting with their client and scheduling time for him to come their office and execute the agreement. Defendants' counsel is still making efforts to reach out to their client to sign so that a fully executed version can be submitted to the Court.

In light of the above, the parties respectfully request a two-week extension to submit the fully executed settlement agreement. If this request is granted, the parties can file on or before August 7, 2023. This is the first request for an extension of this deadline and this request does not affect any other dates or deadlines.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

James O'Donnell, Esq.