UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
OSCAR JULIAN CARDONA URIBE, et al.,  :
                              Plaintiffs,  :      23 Civ. 1853 (LGS)
                  -against-  :      ORDER
PRESTIGE CAR CARE OF NY INC., et al.,  :
                             Defendants.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the July 25, 2023, Order granted the parties' request for an extension of time to August 7, 2023, to file their fully executed settlement agreement. The parties have not filed their agreement. It is hereby

**ORDERED** that the parties shall file their fully executed settlement agreement no later than **August 10, 2023**.

Dated: August 8, 2023
       New York, New York

                                                 LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE