

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 9, 2023

**Via ECF**
The Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Uribe, et al. v. Prestige Car Care of NY Inc., et al.**
    **23-CV-1853 (LGS)**

Dear Judge Schofield:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this letter to provide the Court with a fully-executed copy of the parties' settlement agreement which was previously submitted unsigned [Dkt. No. 24-1]. The fully executed copy is attached hereto as **Exhibit 1**.

    We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.